AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:18-cr-502 |
| | ) | |
| Northwest Houston Cardiology PA | ) | |
| *Defendant* | ) | |

**WAIVER OF AN INDICTMENT**

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  9/5/18

*[signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

*[signature: Dena Palermo]*
*Judge's signature*

Dena Hanovice Palermo US Magistrate Judge
*Judge's printed name and title*